**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6053**

THOMAS MONIQUE BRADDY, JR.,

　　　　　Plaintiff - Appellant,

　　　v.

ERIC WILSON, Warden, CEO; FEDERAL CORRECTIONAL COMPLEX LOW
PETERSBURG; BUREAU OF PRISONS, INC.,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.　Henry E. Hudson, District
Judge.　(3:14-cv-00606-HEH)

Submitted:　February 25, 2015　　　　Decided:　March 2, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Monique Braddy, Jr., Appellant Pro Se.　Jonathan Holland
Hambrick, Assistant United States Attorney, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Monique Braddy, Jr., appeals the district court's order dismissing his breach of contract suit as frivolous and as barred by Appellees' sovereign immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Braddy v. Wilson</u>, No. 3:14-cv-00606-HEH (E.D. Va. Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>